**Fill in this information to identify the case:**

Debtor 1      DIANE LOUISE KINDT

Debtor 2      _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern      District of Ohio
                                                              (State)

Case number    16-10101

# Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, L.P.             **Court claim no**. (if known): 12-1

**Last 4 digits** of any number you use
to identify the debtor's account:    1084

**Date of payment change:**
Must be at least 21 days after date      02/01/2018
of this notice

**New total payment:**     $ 884.35
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why:

   _____

   Current escrow payment:  $ 382.25       New escrow payment: $ 395.28

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  <u>DIANE LOUISE KINDT</u>  Case number (*if known*) <u>16-10101</u>
          First Name   Middle Name   Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X <u>/s/ Arvind Nath Rawal</u>                          Date  <u>12/26/2017</u>
    Signature

Print:   <u>Arvind Nath Rawal</u>                   Title  <u>Claims Processor</u>
         First Name   Middle Name   Last Name

Company  <u>AIS Portfolio Services, LP</u>

Address  <u>P.O. Box 201347</u>
         Number    Street

<u>Arlington</u>    <u>TX</u>      <u>76006</u>
City         State      ZIP Code

Contact phone  <u>((888) 455-6662         )</u>             Email

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| Case Name: | DIANE LOUISE KINDT | ) | Case No. | 16-10101 |
|---|---|---|---|---|
| | | ) | Judge: | Jeffery P. Hopkins |
| | | ) | Chapter: | 13 |
| | Debtor(s). | ) | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 12/26/2017 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b)(the "Bankruptcy Rules"), MTGLQ Investors, L.P. c/o Shellpoint Mortgage Servicing filed a Notice of Change of Mortgage Payment (the "Notice"). The Notice was filed due to a post-bankruptcy change of payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 12/26/2017 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:  DIANE LOUISE KINDT
         2670 HAVERKNOLL DRIVE
         CINCINNATI, OH 45231

I hereby certify that on 12/26/2017 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:   MARGARET A BURKS
           600 VINE STREET SUITE 2200
           CINCINNATI, OH 45202

Debtor's counsel:   ATTORNEY AT LAW
                    DEAN SNYDER
                    5127 PLEASANT
                    FAIRFIELD, OH 45014

All Parties in Interest
All Parties requesting Notice

By:  /s/ Arvind Nath Rawal
     Arvind Nath Rawal AIS Portfolio Services, LP
     Authorized Agent for Shellpoint Mortgage Servicing

**Shellpoint Mortgage Servicing**
55 Beattie Place
Suite 110
Greenville, SC  29601
For Inquiries:  (800) 365-7107

Analysis Date: November 22, 2017
Loan: ####1084

DIANE KINDT
JERRY KINDT
2670 Haverknoll Dr
Cincinnati OH  45231

Property Address:
2670 Haverknoll Dr
Cincinnati, OH  45231

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2018 | Prior Esc Pmt | February 01, 2017 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $489.07 | $489.07** | P & I Pmt: | $489.07 | Due Date: | Jun 01, 2017 |
| Escrow Pmt: | $382.25 | $395.28 | Escrow Pmt: | $382.25 | Escrow Balance: | ($3,261.01) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $3,058.00 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $871.32 | $884.35 | Total Payment: | $871.32 | Anticipated Escrow Balance: | ($203.01) |

| Shortage/Overage Information | Effective Feb 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $4,743.31 |
| Required Cushion | $790.55 |
| Required Starting Balance | $1,463.22 |
| Escrow Shortage | ($1,666.23) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $790.55. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $790.55 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Dec 2016 to Jan 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $0.00 | ($908.29) |
| Dec 2016 | | $3,489.29 | | | * | | $0.00 | $2,581.00 |
| Dec 2016 | | $382.51 | | | * | | $0.00 | $2,963.51 |
| Dec 2016 | | | | $2,581.00 | * | | $0.00 | $382.51 |
| Dec 2016 | | | | $3,489.29 | * | | $0.00 | ($3,106.78) |
| Jan 2017 | | | | $1,067.95 | * | | $0.00 | ($4,174.73) |
| Feb 2017 | | $382.51 | | | * | | $0.00 | ($3,792.22) |
| Feb 2017 | | $382.51 | | | * | | $0.00 | ($3,409.71) |
| Mar 2017 | | $382.51 | | | * | | $0.00 | ($3,027.20) |
| Apr 2017 | | $382.51 | | | * | | $0.00 | ($2,644.69) |
| May 2017 | | $382.51 | | | * | | $0.00 | ($2,262.18) |
| May 2017 | | | | $1,026.36 | * | County Tax | $0.00 | ($3,288.54) |
| Jun 2017 | | $382.51 | | | * | | $0.00 | ($2,906.03) |
| Jul 2017 | | $382.51 | | | * | | $0.00 | ($2,523.52) |
| Aug 2017 | | $382.51 | | | * | | $0.00 | ($2,141.01) |
| Aug 2017 | | $382.25 | | | * | | $0.00 | ($1,758.76) |
| Sep 2017 | | $382.25 | | | * | | $0.00 | ($1,376.51) |
| Oct 2017 | | $382.25 | | | * | | $0.00 | ($994.26) |
| Nov 2017 | | $382.25 | | | * | | $0.00 | ($612.01) |
| Nov 2017 | | | | $2,649.00 | * | Hazard | $0.00 | ($3,261.01) |
| | | | | | | Anticipated Transactions | $0.00 | ($3,261.01) |
| Nov 2017 | | $2,293.50 P | | | | | | ($967.51) |
| Dec 2017 | | $382.25 P | | | | | | ($585.26) |
| Jan 2018 | | $382.25 P | | | | | | ($203.01) |
| | $0.00 | $11,518.88 | $0.00 | $10,813.60 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: November 22, 2017
Loan: ▇▇▇▇1084

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | ($203.01) | $1,463.22 |
| Feb 2018 | $395.28 | $1,067.95 | County Tax | ($875.68) | $790.55 |
| Mar 2018 | $395.28 | | | ($480.40) | $1,185.83 |
| Apr 2018 | $395.28 | | | ($85.12) | $1,581.11 |
| May 2018 | $395.28 | | | $310.16 | $1,976.39 |
| Jun 2018 | $395.28 | $1,026.36 | County Tax | ($320.92) | $1,345.31 |
| Jul 2018 | $395.28 | | | $74.36 | $1,740.59 |
| Aug 2018 | $395.28 | | | $469.64 | $2,135.87 |
| Sep 2018 | $395.28 | | | $864.92 | $2,531.15 |
| Oct 2018 | $395.28 | | | $1,260.20 | $2,926.43 |
| Nov 2018 | $395.28 | | | $1,655.48 | $3,321.71 |
| Dec 2018 | $395.28 | $2,649.00 | Hazard | ($598.24) | $1,067.99 |
| Jan 2019 | $395.28 | | | ($202.96) | $1,463.27 |
| | $4,743.36 | $4,743.31 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($203.01). Your starting balance (escrow balance required) according to this analysis should be $1,463.22. This means you have a shortage of $1,666.23. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.
We anticipate the total of your coming year bills to be $4,743.31. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $395.28 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $395.28 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

✂ Detach Here



Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC  29601
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| Loan Number: | ▇▇▇▇1084 |
| --- | --- |
| Full Shortage Amount: | $1,666.23 |
| Payment Amount: | $_____ |

Your escrow shortage has been spread over 0 months, resulting in an additional increase in your monthly payment in the amount of $0.00.

IF YOU CHOOSE to pay your shortage in full, please visit http://www.shellpointmtg.com/ in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039